

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 18, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2023

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Claudia Isabel Mercado Scalzo and Tatiana Andrea Vargas Bulla</u>, 21 Cr. 359 (LAK)
<u>United States v. Claudia Isabel Mercado Scalzo</u>, S2 21 Cr. 359 (LAK)
<u>United States v. Tatiana Andrea Vargas Bulla</u>, S3 21 Cr. 359 (LAK)

Dear Judge Kaplan:

    Defendants Claudia Isabel Mercado Scalzo and Tatiana Andrea Vargas Bulla are charged in the original and the S2 and S3 superseding indictments in this case. Those indictments were filed under seal. On Friday, April 14, 2023, Mercado Scalzo and Vargas Bulla were presented and arraigned on the S2 and S3 superseding indictments following their extraditions from Colombia. Because the defendants have been presented before the Court, the Government respectfully requests that the original indictment and the S2 and S3 superseding indictments be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Alexander Li
Assistant United States Attorneys
(212) 637-2676/-2265

Granted.
SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
4/19/2023