**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

        Plaintiff,

v.

CLAUDIA ISABEL MERCADO SCALZO,

        Defendant.

Case No. 21-cr-359 (LAK)

---

## [PROPOSED] ORDER

IT IS SO ORDERED that Akin Gump Strauss Hauer & Feld LLP, defense counsel for Claudia Isabel Mercado Scalzo in the above-captioned matter, shall be permitted to use CJA funds to engage a mitigation specialist at the rate of $125 per hour for up to 20 hours, with leave to request additional time.

Dated: Dec 13, 2023

SO ORDERED

LEWIS A. KAPLAN