UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.                                                                 21- CR -359-04 (LAK)

Claudia Isabel Mercado Scalzo

                Defendant.

------------------------------x

10/17/24

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to timer served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendantClaudia Isabel Mercado Scalzo, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 10/17/2024

                                                               Lewis A. Kaplan
                                                     United States District Judge