UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CLAUDIA ISABEL MERCADO SCALZO,

Defendant.



**SEALED ORDER**

S2 21 Cr. 359 (LAK)

WHEREAS, on April 23, 2024, the defendant voluntarily withdrew her prior guilty plea to the lesser included offense to Count Two of Indictment S2 21 Cr. 359 (LAK) (the "S2 Superseding Indictment");

WHEREAS, with the defendant's consent, the defendant made a guilty plea allocution to Counts One and Two of the S2 Superseding Indictment before a United States Magistrate Judge on April 23, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant withdrew her initial guilty plea knowingly and voluntarily and entered a new guilty plea knowingly and voluntarily and that there was a factual basis for the new guilty plea;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if this Order is not sealed;

IT IS HEREBY ORDERED that the defendant's April 23 guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on September 19, 2024 at 2:30 pm

IT IS FURTHER ORDERED that this Order, and the Government's application for this Order, shall be sealed until further order of the Court;

Dated:    New York, New York

~~April 26~~ 2024

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK