UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CLAUDIA ISABEL MERCADO SCALZO,

Defendant.

**SEALED ORDER**

**S2 21 Cr. 359 (LAK)**

WHEREAS, on April 23, 2024, the defendant voluntarily withdrew her prior guilty plea to the lesser included offense to Count Two of Indictment S2 21 Cr. 359 (LAK) (the "S2 Superseding Indictment");

WHEREAS, with the defendant's consent, the defendant made a guilty plea allocution to Counts One and Two of the S2 Superseding Indictment before a United States Magistrate Judge on April 23, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant withdrew her initial guilty plea knowingly and voluntarily and entered a new guilty plea knowingly and voluntarily and that there was a factual basis for the new guilty plea;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if this Order is not sealed;

IT IS HEREBY ORDERED that the defendant's April 23 guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on _September 19, 2024_ at _2:30 pm_

IT IS FURTHER ORDERED that this Order, and the Government's application for this Order, shall be sealed until further order of the Court;

Dated:   New York, New York
         ~~April~~ / 26 2024

_/s/ Lewis A. Kaplan_
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK